1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9

10  DELFINO CÁRDENAS                    )        Civil No. CV 15-00671-CBM (MAN)
11  MACHADO,                            )
                                        )
12        Petitioner,                   )        **ORDER OF DISMISSAL**
                                        )
13              v.                      )
                                        )
14  KIM HOLLAND,                        )
    Warden                              )
15                                      )
          Respondent.                   )
16  _____)

17        Based upon Petitioner's failure to comply with this Court's orders dated April 10,

18  2015, and May 6, 2015, and his indication in his "Motion Request 'Option Three' To

19  Stay And Abey The Petition," filed on February 24, 2015, that if the Rhines v. Weber,

20  544 U.S. 269 (2005), stay he requested was denied, which it properly was in the April 10,

21  2015 Order, then he elected to have this case dismissed without prejudice, **IT IS**

22  **ORDERED** that the above-captioned action is dismissed without prejudice.

23

24  DATED: _July 6, 2015_

25                                            _____
26                                                 CONSUELO B. MARSHALL
                                              UNITED STATES DISTRICT JUDGE
27  PRESENTED BY:

28  _____
         MARGARET A. NAGLE
    UNITED STATES MAGISTRATE JUDGE