UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINO CÁRDENAS MACHADO,<br><br>    Petitioner,<br><br>    v.<br><br>KIM HOLLAND, Warden<br><br>    Respondent. | Civil No. CV 15-00671-CBM (MAN)<br><br>**JUDGMENT** |

In accordance with the Court's Order Of Dismissal, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned action is dismissed without prejudice.

DATED: *July 6, 2015*

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE