UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINO CARDENAS MACHADO,<br><br>　　　　Petitioner<br><br>　　v.<br><br>KIM HOLLAND,<br><br>　　　　Respondent. | Case No. 2:15-cv-00671-CBM (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all documents filed and lodged in this action, the Report and Recommendation of United States Magistrate Judge [Dkt. 53, "Report"], and Petitioner's Objections to the Report [Dkt. 58]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.[1]

---

[1] The Court notes that, with his Objections, Petitioner filed a Notice of Appeal [Dkt. 59], in which he states that he thereby appeals from "the Judgment of the Court denying the petition for writ of habeas corpus and dismissing the action with prejudice." The Ninth Circuit dismissed the appeal for lack of jurisdiction, as this Court had not entered a final or appealable order on June 23, 2020, the date on which the Notice of Appeal was filed. [Dkt. No. 62.]

Having completed its review, the Court concludes that nothing in the Objections calls into question any aspect of the Report, nor does anything in the Objections warrant discussion. The Court accepts the findings and recommendations set forth in the Report.

Accordingly, **IT IS ORDERED** that: the Petition is DENIED; and Judgment shall be entered dismissing this action with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: AUGUST 10, 2020

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE