1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DELFINO CARDENAS MACHADO,

             Petitioner

     v.

KIM HOLLAND,

             Respondent.

Case No. 2:15-cv-00671-CBM (GJS)

**JUDGMENT**

     Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: AUGUST 10, 2020

_____

CONSEUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE